Georgiann Sedivy, Anthony Sedivy, Nancy Lee Sedivy, a Minor, Joan Marie Sedivy, a Minor, by Anthony Sedivy, Next of Friend, and Cora Mae Phillips, a Minor, by M. D. Phillips, Next of Friend, Appellants, v. Richard Ridley and William G. Ridley, Appellees.

Gen. No. 11,150. ▮▮▮▮▮▮▮▮▮▮▮

Second District, First Division.

August 5, 1958.

Released for publication September 24, 1958.

Frank S. Kanelos, and Frank E. Mosteick, Jr. (Charles D. Snewind, of counsel) for plaintiffs-appellants; Rathje & Woodward (John S. Woodward, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.